HARRY O. WEINBERG, as Trustee of the Estate of ALBERT E. HALL, Bankrupt, Appellant, v. THE CITY OF TROY, Respondent.— Motion for leave to appeal to the Court of Appeals and to certify a question in connection therewith denied,

with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.